IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | Criminal No. CR 10-0055 VRW |
| Plaintiff, | APPLICATION AND ORDER FOR |
| vs. | FOR SUBSTITUTION OF COUNSEL |
| Vangeline Broyles, | |
| Defendant. | |

I, VANGELINE BROYLES, hereby request and do consent that SETH P. CHAZIN, Attorney at Law, be substituted in as attorney of record in place of LAURA ROBINSON, Attorney at Law.

DATED: April 20, 2010.

_____
VANGELINE BROYLES

**ORDER**

Upon application of the Defendant and GOOD CAUSE SHOWN, it is hereby ordered that SETH P. CHAZIN, Attorney at Law, be substituted in place of Laura Robinson, Attorney at Law, as attorney of record for defendant VANGELINE BROYLES. *The Court construes this application to mean that Mr. Chazin has been retained and is entering a general appearance on defendant's behalf.*

DATED: April 21, 2010.

_____
UNITED STATES DISTRICT COURT MAGISTRATE

The Court construes this application to mean that Mr. Chazin has been retained and is entering a general appearance on defendant's behalf