| | |
|---|---|
| JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney<br><br>BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division<br><br>W. DOUGLAS SPRAGUE (CSBN 202121)<br>Assistant United States Attorney<br><br>   450 Golden Gate Avenue; Box 36055<br>   San Francisco, CA 94102<br>   Telephone: (415) 436-7128<br>   Facsimile:  (415) 436-7234<br><br>Attorneys for Plaintiff | **FILED**<br><br>APR 2 8 2010<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>VANGELINE S. BROYLES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR 10-0055 VRW<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 14, 2010, TO MAY 13, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(7)(A)) |

      The parties appeared before United States Magistrate Bernard Zimmerman on April 19, 2010. The Court enters this order scheduling a status hearing before United States District Court Judge Vaughn R. Walker on May 13, 2010, at 2:00 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 19, 2010, to and including May 13, 2010. The parties agreed, and the Court found and held, as follows:

      1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested exclusion of time would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery.

      2. Accordingly, the Court found that the ends of justice served by excluding the period

STIPULATION AND ORDER
CR 10-0055 VRW

1 | from April 19, 2010, to and including May 13, 2010, outweigh the best interest of the public and
2 | the defendant in a speedy trial. Id. § 3161(h)(7)(A).
3 |       3. Therefore, and with the consent of the defendant and her attorney, the Court ordered
4 | that the period from April 19, 2010, to and including May 13, 2010, be excluded from Speedy
5 | Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
6 |       4. The Court scheduled a status hearing before Judge Walker on May 13, 2010, at 2:00
7 | p.m.
8 |     IT IS SO STIPULATED.

10 | DATED: April 28, 2010                                     /s/
11 |                                                   W. DOUGLAS SPRAGUE
                                                  Assistant United States Attorney

13 | DATED: April 28, 2010                                     /s/
                                                  SETH CHAZIN
14 |                                                   Attorney for Defendant, Vangeline Broyles

16 | **IT IS SO ORDERED**.

18 | DATED: April 28, 2010                                   BERNARD ZIMMERMAN
19 |                                                   United States Magistrate Judge