JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-mail: doug.sprague@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>    v. )<br>VANGELINE S. BROYLES, )<br>      Defendant. )<br>_____ ) | No. CR 10-0055 VRW<br><br>STIPULATION AND [PROPOSED]<br>PROTECTIVE ORDER RE: DISCOVERY<br>OF FINANCIAL ACCOUNT AND<br>IDENTITY INFORMATION |

      Defendant, Vangeline S. Broyles, is charged with conspiracy to commit mail fraud. The United States will produce to counsel for the defendant discovery consisting of business records, financial institution records, law enforcement reports, and other records and documents. Included within this discovery is bank account information (including account numbers) and personal identity information (including, for example, names, dates of birth, social security numbers, and driver's license numbers). Because of the substantial amount of financial account and personal identity information to be produced in this case, and pursuant to Federal Rule of Criminal Procedure 16(d), the parties stipulate, and the hereby Court orders, that disclosure of these materials shall be subject to the following restrictions:

      1.    Except when being actively examined for the purpose of the preparation of the defense, all discovery containing financial account and personal identity information produced by

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER [CR 10-0055 VRW]

1  the United States to counsel for the defendant shall be maintained in an area that is accessible
2  only to defense counsel or other attorneys and employees of counsel's law office.  Defense
3  counsel shall not permit any person access of any kind to the discovery except as set forth below.
4      2.    The following individuals may examine the discovery for the purpose of preparing
5  the defense:
6      (a)    Counsel for the defendant, and any other attorneys, paralegals, or
7      investigators assisting the defense;
8      (b)    The defendant, but only in the presence of defense counsel, a paralegal or
9      an investigator; and
10     (c)    Any outside expert retained by the defense to analyze the discovery in this
11     matter.
12     3.    A copy of this Order shall be maintained with the discovery at all times.
13     4.    No other person may be allowed to examine the discovery without further court
14 order.
15     5.    All pleadings will comply with Federal Rule of Criminal Procedure 49.1
16 regarding redaction of certain identifying information.
17     6.    Within one year of the date that the judgement in this case becomes final, all
18 material provided to defense counsel pursuant to this Order, and all other authorized copies, if
19 any, shall be either destroyed or returned to the United States.  If an appeal or other application or
20 petition for post-conviction relief is noticed and defense counsel continues to represent the
21 defendant on said appeal or application or petition for post-conviction relief, defense counsel
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER [CR 10-0055 VRW]   -2-

1   may retain possession of the materials according to the terms of this Order until the conclusion of
2   the post-conviction proceeding.
3   IT IS SO STIPULATED:
4   DATED:   May 3, 2010                         JOSEPH P. RUSSONIELLO
                                                 United States Attorney
5
6
                                                 _____/s/_____
7                                                W. DOUGLAS SPRAGUE
                                                 Assistant United States Attorney
8
9
10  DATED:   May 3, 2010                         _____/s/_____
                                                 SETH P. CHAZIN
                                                 Attorney for Defendant, Vangeline Broyles
11
12  **IT IS SO ORDERED**.
13  DATED: May __7___, 2010
                                                 _____
14                                               VAUGHN R. WALKER
                                                 United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER [CR 10-0055 VRW]   -3-