JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7128
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0055 VRW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 13, 2010, |
| ) | TO JULY 1, 2010, FROM THE SPEEDY |
| v. ) | TRIAL ACT CALCULATION |
| ) | (18 U.S.C. § 3161(h)(7)(A)) |
| VANGELINE S. BROYLES, ) | |
| ) | |
| Defendant. ) | |

    The parties appeared before United States District Court Judge Vaughn R. Walker on May 13, 2010.  The Court enters this order scheduling a status hearing on July 1, 2010, at 2:00 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from May 13, 2010, to and including July 1, 2010.  The parties agreed, and the Court found and held, as follows:

    1.  The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested exclusion of time would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery.

    2.  Accordingly, the Court found that the ends of justice served by excluding the period

STIPULATION AND ORDER
CR 10-0055 VRW

1  from May 13, 2010, to and including July 1, 2010, outweigh the best interest of the public and
2  the defendant in a speedy trial.  Id. § 3161(h)(7)(A).
3      3.  Therefore, and with the consent of the defendant and her attorney, the Court ordered
4  that the period from May 13, 2010, to and including July 1, 2010, be excluded from Speedy Trial
5  Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
6      4.  The Court scheduled a status hearing before Judge Walker on July 1, 2010, at 2:00
7  p.m.

   IT IS SO STIPULATED.

10 DATED: June 9, 2010                    _____/s/_____
                                          W. DOUGLAS SPRAGUE
11                                        Assistant United States Attorney

13 DATED: June 9, 2010                    _____/s/_____
                                          SETH CHAZIN
14                                        Attorney for Defendant, Vangeline Broyles

16 **IT IS SO ORDERED**.

18 DATED: June  15 , 2010                 _____
                                          VAUGHN R WALKER
19                                        United States District Court Judge

STIPULATION AND ORDER
CR 10-0055 VRW                            2