SETH P. CHAZIN (CSBN 133777)
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 Solano Avenue
Albany CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 525-0087

Counsel for Defendant VANGELINE BROYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0055 VRW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING STATUS |
| v. ) | HEARING |
| ) | |
| VANGELINE BROYLES ) | Hearing Date: July 1, 2010 |
| ) | Requested Date: August 26, 2010 |
| ) | |
| Defendant. ) | |

    The above-captioned matter is set on July 1, 2010, before this Court for a status hearing. The parties jointly request that this Court continue the matter to August 26, 2010 at 2:00 p.m.

    Counsel for the defendant, Seth P. Chazin, has reviewed the discovery in this matter but is still in the process of completing the defense investigation. The parties have had preliminary settlement discussions but further negotiations as to a possible settlement of this case are required. Counsel for the defendant has been scheduled for several months to be out-of-state from July 9, 2010 through July 25, 2010. Additionally, he has pre-trial preparation due on July 28, 2010 and August 12, 2010 in the matter of *United States v. Angelica Rodriguez.* Furthermore, Assistant United States Attorney Douglas Sprague is unavailable the week of August 16, 2010. Accordingly, the parties request that this matter be continued to August 26,

2010.  The parties expect to either settle this matter or set the case for trial on that date.

The parties agree that the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and deny defendant continuity of counsel.  The parties further stipulate and agree that the time from July 1, 2010 to August 26, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of counsel.

**June 29, 2010**                              /s/
                                      **DOUGLAS SPRAGUE**
                                      **Assistant United States Attorney**

**June 29, 2010**                              /s/
                                      **SETH P. CHAZIN**
                                      **Counsel for VANGELINE BROYLES**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0055 VRW |
| ) | |
| Plaintiff, ) | ~~[PROPOSED]~~ ORDER CONTINUING |
| ) | STATUS HEARING |
| v. ) | |
| ) | Hearing Date: July 1, 2010 |
| VANGELINE BROYLES ) | Requested Date: August 26, 2010 |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the STATUS HEARING set for July 1, 2010 shall continued to August 26, 2010 at 2:00 p.m. and that time is excluded from July 1, 2010 to August 26, 2010, in that the failure to grant a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel, all as set forth in the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

6/30/2010
**Date**                                **VAUGHN R. WALKER**  Judge Vaughn R Walker

3

**UNITED STATES DISTRICT COURT JUDGE**