```
SETH P. CHAZIN (CSBN 133777)
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 Solano Avenue
Albany, CA 94706
Telephone:  (510) 507-8100
Facsimile: (510) 525-0087

Attorney for Defendant,
VANGELINE BROYLES
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | CR 10-0055 VRW |
| Plaintiff, | AMENDED APPLICATION FOR ORDER PERMITTING TRAVEL |
| vs. | |
| VANGELINE BROYLES, | |
| Defendants. | |

TO: THE HONORABLE VAUGHN R. WALKER:

DEFENDANT, VANGELINE BROYLES, by and through her counsel, SETH P. CHAZIN, hereby makes application for an order permitting the defendant to travel to Las Vegas on October 20, 2010, returning on October 26, 2010.  Ms. Broyles requests permission to travel to Las Vegas as she needs to conduct business and perform some maintainance relating to a home she owns there.

Assistant United States Attorney Douglas Sprague has informed me that he has no objection to Defendant's request to travel to Las Vegas for the time specified herein.

1

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct and was executed on September 27, 2010, in Albany, California.

**Respectfully submitted**,

**DATED: 09/27/10**                              /s/
                                             **SETH P. CHAZIN**
                                             **Attorney for VANGELINE BROYLES**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | ) CR 10-0055 VRW |
| Plaintiff, | ) ORDER PERMITTING TRAVEL |
| vs. | ) |
| VANGELINE BROYLES, | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Defendant, Vangeline Broyles, may travel to Las Vegas, leaving October 20, 2010, and returning no later than October 26, 2010.

DATED: 9/30/2010

THE HONORABLE VAUGHN R. WALKER